**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 409 EAL 2020

         Respondent                 :

                                      :   Petition for Allowance of Appeal
                                      :   from the Order of the Superior Court

         v.                     :

ERVIN SPURIEL,                :

         Petitioner             :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 30th day of March, 2021, the Petition for Allowance of Appeal is **DENIED.** The Application to Withdraw as Counsel is **DISMISSED AS MOOT.**